UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-01999-SPG-AJR | Date | August 29, 2025 |
|---|---|---|---|
| Title | JOHN DOE v. NBCUNIVERSAL MEDIA LLC ET AL. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER REGARDING STIPULATION TO AMEND COMPLAINT [ECF NO. 23]**

Plaintiff John Doe ("Plaintiff") filed a First Stipulation to Amend Complaint – (Discovery), (ECF No. 23 ("Stipulation")), which is effective to permit Plaintiff to amend the complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Accordingly, the Court strikes the proposed order (ECF No. 23-1) as moot. Plaintiff may file any amended complaint within seven (7) calendar days of this Order.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg