# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>NBCUNIVERSAL MEDIA LLC;<br>UNIVERSAL CITY STUDIOS, LLC; and<br>DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:25-cv-01999-SPG-AJR<br><br>**ORDER GRANTING STIPULATION FOR JURY TRIAL ON 8/8/2026**<br>**[ECF NO. 27]** |

Before the Court is the parties' Joint Stipulation to Modify Scheduling Order and Continue Pretrial and Trial Deadlines (ECF No. 27 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation.

The trial date and pretrial dates are continued as follows:

| Event | Current Deadline | Continued Deadline |
|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | 11/19/2025 | 02/11/2026 |
| Fact Discovery Cut-Off | 01/07/2026 | 04/01/2026 |
| Expert Disclosure (Initial) | 01/21/2026 | 04/15/2026 |
| Expert Disclosure (Rebuttal) | 02/04/2026 | 05/06/2026 |

| Last Date to Hear Motions | 02/11/2026 | 05/06/2026 |
|---|---|---|
| Last Date to Hear *Daubert* Motions | 03/11/2026 | 06/03/2026 |
| Trial Filings (First Round) | 04/08/2026 | 07/01/2026 |
| Trial Filings (Second Round) | 04/22/2026 | 07/15/2026 |
| Final Pretrial Conference | 05/06/2026 | 07/29/2026 at 3:00 p.m. |
| Trial | 05/26/2026 | 08/18/2026 at 8:30 am |

**IT IS SO ORDERED.**

DATED: October 27, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE